# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129395

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAROLD EUGENE COLE,
      Defendant-Appellant.

SC: 129395
COA: 261907
Wayne CC: 04-004639

_____/

      On order of the Court, the application for leave to appeal the July 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

p1219